## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARK A. RAY, SR. AND    :   CASE NO.: 1:14-bk-05274-MDF
         SANDRA A. RAY,             :
             **Debtors**          :

### DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT

AND NOW COMES, Debtor, Mark A. Ray Sr., by and through his attorneys, Jacobson & Julius, and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1.     Debtor filed a Chapter 13 Petition on or about November 13, 2014.

2.     Debtor once again receives regular income from employment at Cotsco Warehouse that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3.     The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4.     Debtor consents to the wage attachment.

5.     This wage attachment coincided with Debtors Motion to Modify their confirmed Plan.

WHEREFORE, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

Respectfully Submitted,

JACOBSON & JULIUS

Dated: November 1, 2016            s/Chad J. Julius
                                        ID# 209496
                                        8150 Derry Street
                                        Harrisburg, PA 17111.5260
                                        717.909.5858
                                          717.909.7788 [fax]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARK A. RAY, SR. AND      :    CASE NO.: 1:14-bk-05274-MDF
        SANDRA A. RAY,                  :
               Debtors        :

## DEBTOR'S CONSENT TO
## VOLUNTARY WAGE ATTACHMENT

I, Mark A. Ray, Sr., do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: November 1, 2016                          s/Mark A. Ray, Sr.

**PROOF OF SERVICE**

**AND NOW**, this 1st day of November, 2016, I, Elizabeth Rhodes, with Jacobson, Julius &
McPartland, attorneys for the Debtor, hereby certify that on this day I served the within *Motion
to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF
or first class mail–

| | |
|---|---|
| Charles J. DeHart, III, Esq. | Office of U.S. Trustee |
| 8125 Adams Drive | POB 969 |
| Hummelstown, PA 17036 | Harrisburg, PA 17108.0969 |

Attn: Tina (Confidential)<br>
Costco Warehouse<br>
5125 Jonestown Road<br>
Harrisburg, Pennsylvania 17112

By:    s/Elizabeth Rhoades
         Elizabeth Rhoades, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARK A. RAY, SR. AND      :    CASE NO.:   1:14-bk-05274-MDF
         SANDRA A. RAY,              :
                Debtors         :

## ORDER

UPON CONSIDERATION of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further *Order* of this Court, the entity from whom Debtor receives income:

Attn: Tina (Confidential)
Costco Warehouse
5125 Jonestown Road
Harrisburg, Pennsylvania 17112

should deduct from said Debtor's income the sum of **$762.00 from each biweekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
POB 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:14-bk-05274-MDF] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.