UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARK A. RAY, SR. | : | |
| SANDRA A. RAY | : | |
|     Debtor(s) | : | CASE NO. 1:14-bk-05274RNO |
| | : | |
| | : | |
| CHARLES J DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs | : | |
| | : | |
| MARK A. RAY, SR. | : | |
| SANDRA A. RAY | : | |
|     Respondent(s) | : | |

## CERTIFICATE OF DEFAULT

AND NOW on April 20, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a stipulation to resolve the Trustee's Motion to Dismiss for material default and subsequently defaulted on the that stipulation as follows:

   \_\_\_   Debtor(s) failed to convert or dismiss their case within 5 days.

   \_\_\_   Debtor(s) failed to amend the plan within 30 days curing arrears.

   \_\_\_   Debtor(s) failed to voluntarily dismiss case within 5 days from date of stipulation.

   \_\_\_   Debtor(s) failed to pay the arrears within \_\_ days.

   \_\_\_   Debtor(s) failed to file a Motion for Wage Attachment for payment of the regular monthly payment to the Trustee.

   \_\_\_   Debtor(s) failed to amend an existing wage attachment

   \_x\_   Debtor(s) failed to make regular monthly payments to the Trustee during the remaining term of the plan and is $4,749.87 in arrears.

In accordance with said stipulation, the case may be dismissed with prejudice, with two year bar, upon certification of the Trustee without further notice or hearing.

                                               /s/Charles J DeHart, III, Trustee
                                             Charles J DeHart, III
                                             Standing Chapter 13 Trustee

# CERTIFICATE OF SERVICE

       AND NOW, on April 20, 2017, I, Liz Joyce, from the office of Charles J DeHart, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, and first class, addressed to the following unless electronically notified:

MARK A. RAY, SR.
SANDRA A. RAY
4017-4019 JONESTOWN ROAD
HARRISBURG, PA 17019
Debtor(s)

CHAD J JULIUS ESQUIRE
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA 17112-
Attorney for Debtor(s)

                                                /s/Liz Joyce
                                                Liz Joyce,
                                                For Charles J DeHart, III,
                                                Standing Chapter 13 Trustee