```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-05274-RNO
Mark A. Ray, Jr.                                                Chapter 13
Sandra A. Ray
       Debtors              CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi            Page 1 of 3            Date Rcvd: Apr 21, 2017
                              Form ID: pdf010            Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         +Mark A. Ray, Sr.,    Sandra A. Ray,    4017 Jonestown Road,    Harrisburg, PA 17109-2212
cr             +Cerastes, LLC,    c/o Weinstein, Pinson & Riley, P.S.,    2001 Western Avenue, Ste 400,
                 Seattle, WA 98121-3132
4572368       ++APRIA HEALTHCARE,    1340 SOUTH HIGHLAND AVENUE,    JACKSON TN 38301-7369
                 (address filed with court: Apria Healthcare,     1328 S. Highland Ave.,    Jackson, TN 38301-7369)
4572365        +Account Management,    3607 rosemont Ave,    Camp Hill, PA 17011-6943
4572366        +Accounts Recovery Bureau,    PO Box 41309, Dept. 310,    Nashville, TN 37204-1309
4572367        +Apothaker & Associates,    Apothaker & Associates, PC, 520 Fellowsh,
                 MT Laurel, New Jersey 08054-3410
4572370        +Bureau of Account Mgmt,    3607 rosemont Ave.,    Camp Hill, Pennsylvania 17011-6904
4572373        +Capital One Services, Inc. , Bankruptcy,    PO Box 85167,    Richmond, Virginia 23285-5167
4572374        #+Capital Tax Collection Bureau,    2301 N 3rd St.,    Harrisburg, Pennsylvania 17110-1893
4572376        +Chase,   Bankruptcy Dept.,    PO Box 15145,    Wilmington, Delaware 19850-5145
4572377        +Citibank SD NA,    PO Box 6241,    Sioux Falls, South Dakota 57117-6241
4572378        +Citicards,    701 E. 60th St. N.,    Sioux Falls, South Dakota 57104-0432
4572381         Computer Credit Inc,    PO Box 5238,    Winston-Salem, North Carolina 27113-5238
4572382        +Dauphin County Tax Claim Bureau,    2 South Second Street,    PO Box 1295,
                 Harrisburg, Pennsylvania 17108-1295
4572383         Diane K. Bair, Tax Collector,    Lower Paxton Twp.,    4919-C (Rear) Jonestown Rd.,
                 Harrisburg, Pennsylvania 17109
4572389        +Enterprise Rent A Car/HBG,    c/o Natioal Recovery Agency,    2491 Paxton St.,
                 Harrisburg, PA 17111-1036
4572390        +Fulton Friedman & Gullace,    28 E. Main St., #500,    Rochester, NY 14614-1928
4572391        +Fulton Friedman & Gullace,    28 E. Main St., #500,    Rochester, New York 14614-1928
4572393        +HSBC Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
4572396        +Lower Paxton Township Authority,    425 Prince St., Stuie 139,
                 Harrisburg, Pennsylvania 17109-3053
4572398        +Lower Paxton Township Authority,    425 Prince St., Suite 139,
                 Harrisburg, Pennsylvania 17109-3053
4593500        +Lower Paxton Township Authority,    c/o Christopher B Slusser Esquire,    1620 N Church St Ste 1,
                 Hazleton PA 18202-9509
4588931         M&T BANK,   P.O. BOX,    Buffalo, NY 14240
4577559        +MIDLAND CREDIT MANAGEMENT INC,    AS AGENT FOR ASSET ACCEPTANCE LLC,    PO BOX 2036,
                 WARREN, MI 48090-2036
4572405        +MT Bank, Attn: Retail Servicing,    PO Box 767,    Buffalo, New York 14240-0767
4572400        +Medical-Pathology Assoc. of Central PA,    100 S. 2nd St., #301,    Harrisburg, PA 17101-2545
4572406        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, Pennsylvania 17111-1036
4572408        +Northland Group, Inc.,    PO Box 390846,    Edina, Minnesota 55439-0846
4572410        +Northwest Consumer Discount,    PO Box 985,    Camp Hill, PA 17001-0985
4572411        +OPTN, LLC dba Madden P T,    5425 Jonestown Rd., #100,    Harrisburg, PA 17112-4086
4572422        +PPL Electric Utilities,    2 North 9th St.,    Allentown, Pennsylvania 18101-1179
4606246        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4572412        +Peerless Credit Services, Inc.,    PO Box 518,    Middletown, Pennsylvania 17057-0518
4572413         Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4572416        +Pinnacle Cardiology,    PO Box 8700,    Harrisburg, PA 17105-8700
4572417        +Pinnacle Health,    PO Box 1286,    Harrisburg, PA 17108-1286
4572418        +Pinnacle Health,    PO Box 1286,    Harrisburg, Pennsylvania 17108-1286
4572419        +Pinnacle Health Emergency,    6880 W. Snowville Rd., #210,    Brecksville, Ohio 44141-3255
4572421         Pinnacle Health Hospitals,    PO Box 2352,    Harrisburg, Pennsylvania 17105-2353
4572424        +Quest Diagnostics,    PO Box 740775,    Cincinnati, Ohio 45274-0775
4572426        +RJM Acqusitions LLC,    575 Underhill Blvd., Ste 2,    Syosset, New York 11791-3426
4572427        +Sears/CBNA,    PO Box 6282,    Sioux Falls, South Dakota 57117-6282
4572428         The Billing Center,    Time Customer Service, Inc.,    PO Box 62121,    Tampa, FL 33662.2121
4572430        +Tristan Associates,    4520 Union Deposit Road,    Harrisburg, PA 17111-2910
4572429        +Tristan Associates,    4520 Union Deposit road,    Harrisburg, Pennsylvania 17111-2910
4572432        +United Water Pennsylvania,    8189 Adams Drive,    Hummelstown, Pennsylvania 17036-8036
4572433        +Unum, The Benefits Center,    c/o Lamont, Hanley & Assoc.,    PO Box 179,
                 Manchester, NH 03105-0179
4572434        +Young's Medical Equipment,    PO Box 983123,    Boston, MA 02298-3123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4572369        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 21 2017 19:05:23      Asset Acceptance,
                 15 E Centre St,    Deptford Township, NJ 08096-2415
4572372        +E-mail/Text: notices@burt-law.com Apr 21 2017 19:05:46      Burton Neil & Associates, PC,
                 1060 Andrew Drive, #170,    West Chester, Pennsylvania 19380-5600
4613503        +E-mail/Text: bncmail@w-legal.com Apr 21 2017 19:05:29      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4572375        +E-mail/Text: bankruptcy@cavps.com Apr 21 2017 19:05:32      Cavalry Portfolio Service,
                 500 Summit Lake Dr.,    Valhalla, Pennsylvania 10595-2322
4574002        +E-mail/Text: bankruptcy@cavps.com Apr 21 2017 19:05:32      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4572384         E-mail/Text: mrdiscen@discover.com Apr 21 2017 19:05:02      Discover,   Attn: Customer Service,
                 PO Box 30943,    Salt Lake City, Utah 84130
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4572385         E-mail/Text: mrdiscen@discover.com Apr 21 2017 19:05:02      Discover,   Customer Service,
                 PO box 30943,    Salt Lake City, UT 84130
4572387         E-mail/Text: mrdiscen@discover.com Apr 21 2017 19:05:02      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
4572386         E-mail/Text: mrdiscen@discover.com Apr 21 2017 19:05:02      Discover Financial Services,
                 PO Box 15316,    Wilmington, Delaware 19850
4574421         E-mail/Text: mrdiscen@discover.com Apr 21 2017 19:05:02      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
4572392        +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 19:02:35      GECRB/JC Penney,   PO Box 965007,
                 Orlando, FL 32896-5007
4572394         E-mail/Text: cio.bncmail@irs.gov Apr 21 2017 19:05:11      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4572399        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2017 19:02:37      LVNV Funding LLC,
                 PO Box 10497,    Greenville, South Carolina 29603-0497
4614392         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2017 19:02:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4572395        +E-mail/Text: notices@burt-law.com Apr 21 2017 19:05:46      Law Offices of Burton Neil & Assoc.,
                 1060 Andrew Drive, #170,    West chester, PA 19380-5601
4588934         E-mail/Text: camanagement@mtb.com Apr 21 2017 19:05:16      M&T BANK,   P.O. BOX 1288,
                 Buffalo, NY 14240
4572404        +E-mail/Text: camanagement@mtb.com Apr 21 2017 19:05:16      MT Bank,   PO Box 840,
                 Buffalo, New York 14240-0840
4572401        +E-mail/Text: unger@members1st.org Apr 21 2017 19:05:43      Members First FCU,
                 5000 Louise Drive,    Mechanicsburg, Pennsylvania 17055-4899
4572402        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 21 2017 19:05:25      Midland Funding LLC,
                 8875 Aero Dr. Ste 200,    San Diego, California 92123-2255
4573307        +E-mail/Text: bncmail@w-legal.com Apr 21 2017 19:05:35      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4619572         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2017 19:08:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4572420         E-mail/Text: schesek@pinnaclehealth.org Apr 21 2017 19:05:16      Pinnacle Health Hospitals,
                 PO Box 2353,    Harrisburg, Pennsylvania 17105-2353
4572423         E-mail/Text: bankruptcynotices@pch.com Apr 21 2017 19:05:15      Publishers Clearing House,
                 PO Box 4002936,    Des Moines, IA 50340-2936
4572425        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 21 2017 19:02:37      Regional Acceptance Corp.,
                 300 Redland Ct., #102,    Owings Mills, Maryland 21117-3272
4583227         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 21 2017 19:02:37      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
4572431        +E-mail/Text: bnc@alltran.com Apr 21 2017 19:05:03      United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4572379        Citicards,   Box 6500
4572380        Sioux Falls, South Dakota 57117
4572371*      +Bureau of Account Mgmt,    3607 rosemont Ave.,   Camp Hill, Pennsylvania 17011-6904
4572397*      +Lower Paxton Township Authority,    425 Prince St., Stuie 139,
                Harrisburg, Pennsylvania 17109-3053
4593572*      +Lower Paxton Township Authority,    c/o Christopher B Slusser Esquire,   1620 N Church St Ste 1,
                Hazleton PA 18202-9509
4572403*      +Midland Funding LLC,    8875 Aero Drive, Ste. 200,   San Diego, California 92123-2255
4572409*      +Northland Group, Inc.,    PO Box 390846,   Edina, Minnesota 55439-0846
4572414*      +Penn State Hershey Medical Center,    PO Box 643291,   Pittsburgh, Pennsylvania 15264-3291
4572415*      +Penn State Hershey Medical Center,    PO Box 643291,   Pittsburgh, Pennsylvania 15264-3291
4572388      ##+Dr. Carl Frankel,   1800 Linglestown Rd., #200,    Harrisburg, PA 17110-3343
4572407      ##+Nationwide Credit Inc.,   Vestal Plaza,   4700 Vestal Parkway East,    Vestal, NY 13850-3770
                                                                            TOTALS: 2, * 7, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
          Chad J. Julius    on behalf of Debtor Mark A. Ray, Sr. cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
          Chad J. Julius    on behalf of Joint Debtor Sandra A. Ray cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARK A. RAY, SR.**
**SANDRA A. RAY**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**MARK A. RAY, SR.**
**SANDRA A. RAY**

    Respondent(s)

Chapter: 13

Case Number: 1-14-bk-05274-RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(DG)

Dated: April 21, 2017

MDPA-Dismiss Case.WPT - REV 01/15